**Order entered November 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00869-CV

**MARK JOSLIN, Appellant**

**V.**

**ELAD BANAI AND ISAAC BANAI, Appellees**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02799-2015**

## ORDER

Before the Court is appellant's November 18, 2016 second motion for an extension of time to file appellant's brief. We **GRANT** appellant's motion.

We **ORDER** the brief be filed within **THIRTY DAYS** from the date of this order.

/s/     CRAIG STODDART
        JUSTICE